# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRION M. FIELDS,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 71511

FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant Trion Fields' July 28, 2016, postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge. We affirm.[1]

Fields claimed that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentences pursuant to NRS 209.4465(7)(b). Fields was not entitled to relief as his claims were bare and not supported by specific factual allegations. *Cf. Hargrove v. State*, 100 Nev. 498, 502, 686 P.2d 222, 225 (1984). Among other things, he failed to indicate what case(s) he was sentenced in, when his crimes were committed, what crimes he was convicted of, and what his sentences are.

Further, we take judicial notice of our records in *Fields v. State*, Docket No. 56727 (Order of Affirmance, July 14, 2011), in which

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

17-19836

transcripts in the respondent's appendix indicate that the offenses at issue in District Court Case No. C262425 occurred in 2009. NRS 209.4465(7) begins, "Except as otherwise provided in subsection[ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted of category B felonies from deducting statutory credits from their minimum sentences. Fields' controlling sentence was for a category B felony, *see* NRS 193.330(1)(a)(1); NRS 200.030, for an offense committed after NRS 209.4465(8)'s effective date. Accordingly, he would not be entitled to the deduction of credits from his minimum sentence in that case.

For the foregoing reasons, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James E. Wilson, District Judge
Trion M. Fields
Attorney General/Carson City
Carson City Clerk